**Order entered April 15, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00031-CV

**DRISTI SHRESTHA, Appellant**

**V.**

**ENYA HERNANDEZ GONZALEZ, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02805-E**

### ORDER

Before the Court is appellant's April 12, 2021 letter-motion for an extension of time to file requested jurisdictional briefing. We **GRANT** the motion and **ORDER** appellant's jurisdictional letter brief be filed no later than April 19, 2021.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE